No. 2573. COLL, APPELLANT, v. GANDÍA, APPELLEE.—First District Court of San Juan. Memorandum of costs. Decided April 24, 1922. Oral motion by the appellant withdrawing the appeal with the acquiescence of the appellee. *Appeal withdrawn.*

No. 1911. PEOPLE, APPELLEE, v. PÉREZ, APPELLANT. — District Court of Mayagüez. Embezzlement. Decided April 24, 1922. There was no bill of exceptions or transcript of the evidence and the record discloses no fundamental error. *Affirmed.*

No. 2728. SUCCS. OF F. ORTEGA & CO., APPELLEES, v. GONZÁLEZ PADÍN & CO., INC., APPELLANT.—Second District Court of San Juan. Motion by the appellant withdrawing the appeal. *Appeal withdrawn.*

No. 2723. GRATIOT ET AL., APPELLEES, v. HAGEN, APPELLANT. — District Court of San Juan, Section 2. Decided April 25, 1922. Motion by the appellees for dismissal. The evidence was held not to be sufficient to show a delay in perfecting the appeal. *Motion overruled.*

No. 1913. PEOPLE, APPELLEE, v. LLORENS, APPELLANT.— District Court of Mayagüez. Violation of section 61 of the Excise-tax Law. Decided April 27, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1917. PEOPLE, APPELLEE, v. RAMOS, APPELLANT. — District Court of Arecibo. Assault and battery. Decided April 28, 1922. There was no bill of exceptions, statement of the case, or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1914. PEOPLE, APPELLEE, v. RODRÍGUEZ, APPELLANT.— District Court of Mayagüez. Crime against public health. Decided April 28, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*